IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY CHRISTOPHER MUSSELMAN,<br><br>                              Petitioner,<br><br>**v.**<br><br>W.L. MONTGOMERY,<br><br>                              Respondent. | NO. EDCV 21-589 SB (AGR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus, the other records on file herein, the Report and Recommendation of the United States Magistrate Judge.  The time for filing objections to the Report has passed, and no objections have been filed.  The Court accepts the findings and recommendation of the Magistrate Judge.

IT THEREFORE IS ORDERED that judgment be entered denying the Petition for Writ of Habeas Corpus and dismissing this action with prejudice.

DATED:   May 14, 2024

_____
STANLEY BLUMENFELD, JR.
United States District Judge