JS-6

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY CHRISTOPHER MUSSELMAN,<br><br>　　　　　　　　　Petitioner,<br><br>　　　v.<br><br>W.L. MONTGOMERY,<br><br>　　　　　　　　　Respondent. | NO. EDCV 21-589 SB (AGR)<br><br>JUDGMENT |

Pursuant to the Order Accepting Magistrate Judge's Report and Recommendation,

IT IS ADJUDGED that judgment is entered denying the Petition for Writ of Habeas Corpus and this action is dismissed with prejudice.

DATED:  _____May 14, 2024_____.

_____
STANLEY BLUMENFELD, JR.
United States District Judge